IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:06-CV-259(CAR) |
| WILLIE E. MORGAN, JR.; ALLETIA D. MORGAN; J.P. MORGAN CHASE & CO.; MATRIX FINANCIAL SERVICES CORPORATION; and GEORGIA DEPARTMENT OF REVENUE, | : |
| Defendants. | : |

## *ORDER ON MOTION FOR DEFAULT JUDGMENT*

The United States commenced this action to reduce to judgment the federal tax liabilities of defendants Willie E. Morgan, Jr. and Alletia D. Morgan for tax years 1994 through 2005, and to foreclose federal tax liens and sell real property in satisfaction of their liabilities. Currently before the Court is the Government's motion [Doc. 17] for entry of default judgment against defendants J.P. Morgan Chase & Co. ("JP Morgan") and the Georgia Department of Revenue ("GDR"). JP Morgan and GDR have not, as of the date of this Order, made an appearance in this case nor responded to either the entries of default against them or to the present motion for entries of default judgment. The Court, having considered the present motion, the complaint filed, the evidence submitted, and the relevant law, finds that the Government's motion is due to be **GRANTED**.

1

Section 7403 of the Internal Revenue Code (Title 26) provides that all persons having liens upon or claiming any interest in the property involved in a tax foreclosure action shall be made parties thereto. Pursuant to this provision, the Government named JP Morgan and GDR as defendants in this action. Both JP Morgan and GDR were served with process on September 21, 2006, and both JP Morgan's and GDR's responsive pleadings were due on or before October 11, 2006. Both defendants have failed to appear, plead or otherwise defend this action.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Government moved for entry of default and the Clerk of this Court entered default against JP Morgan and GDR on October 31, 2006. The Government now moves this Court to enter default judgment against these defendants pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, such that they are found to have no enforceable lien upon or interest in the real property that is the subject of this foreclosure action.

Accordingly, and for the reasons set forth above, it is hereby **ORDERED** that:

(1)  The Government's Motion for Default Judgment [Doc. 17] is **GRANTED**.

(2)  Pursuant to rule 55(b) of the Federal Rules of Civil Procedure, judgment by default is granted in favor of the United States against defendants J.P. Morgan Chase & Co. and the Georgia Department of Revenue, such that these defendants are found to have no enforceable lien upon or interest in the real property that is the subject of this foreclosure action.

(3)  The Clerk is directed to withhold entry of judgment pending resolution of the case as a whole.

**SO ORDERED**, this 5th day of January, 2007.

                                              S/ C. Ashley Royal
                                              C. ASHLEY ROYAL,
                                              UNITED STATES DISTRICT JUDGE

SSH