IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 5:06-cv-00259-CAR |
| WILLIE E. MORGAN, Jr., | ) |
| ALLETIA D. MORGAN, | ) |
| J.P. MORGAN CHASE & CO., | ) |
| MATRIX FINANCIAL SERVICES CORPORATION, and | ) |
| GEORGIA DEPARTMENT OF REVENUE, | ) |
| | ) |
| Defendants. | ) |

**FINAL CONSENT JUDGMENT BETWEEN
UNITED STATES OF AMERICA AND
MATRIX FINANCIAL SERVICES CORPORATION**

This Cause is before the Court upon a Joint Motion for Consent Judgment Between United States of America and Matrix Financial Services Corporation. The Court has carefully considered the joint motion and attached stipulation, and being otherwise fully advised in the premises, it is **ORDERED** as follows:

1. The Joint Motion for Consent Judgment [Doc. 35] between the United States and Matrix Financial Services Corporation ("Matrix") is **GRANTED**.

2. The Group Fairfield mortgage lien recorded in the public records of Houston County, Georgia at Book 1092, Page 316 is a valid first lien upon the subject property and has priority over any claim of the United States to said property.

3. Deutsche Bank Trust Company Americas ("Deutsche Bank"), as Trustee, holds the beneficial interest to Group Fairfield's first lien on the subject property and

Residential Funding Corporation, through its subservicer, Matrix, is authorized to act on Deutsche Bank's behalf in this litigation proceeding.

4. In the event that the United States is successful in obtaining a judgment of foreclosure on the subject property, the proceeds of the sale shall first be applied (after costs of sale are paid) towards satisfying the first lien held by Deutsche Bank. In such event, Matrix shall cooperate with the United States in providing necessary information and documents regarding the first lien in order to effectuate the foreclosure sale.

5. The United States and Matrix shall each bear its own attorneys' fees and costs, and no other relief concerning said expenses shall be sought from the other.

**SO ORDERED** this 24th day of May, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge